UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10043 DPW** |
| | ) | Criminal No. _____ |
| | ) | |
| V. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846-- |
| (1) PEDRO SANTOS, | ) | Conspiracy to |
|     a/k/a "MARIO," | ) | Distribute Controlled |
| (2) HARRINGTON COLON | ) | Substances |
|     a/k/a "JAVI" | ) | |
| | ) | 21 U.S.C. § 841(a)(1)-- |
| | ) | Distribution of |
| | ) | Controlled Substances |
| | ) | |
| | ) | 18 U.S.C. § 2--Aiding |
| | ) | And Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |

**INDICTMENT**

**COUNT ONE:**    (21 U.S.C. § 846 -- Conspiracy To Distribute
            Controlled Substances)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about October, 2004, and continuing thereafter until at least February, 2005 at Lawrence, Haverhill, and elsewhere in the District of Massachusetts,

**PEDRO SANTOS, a/k/a "MARIO," and,
HARRINGTON COLON, a/k/a "JAVI,"**

the defendants herein, did knowingly and intentionally conspire and agree with each other and with persons unknown to the Grand Jury to distribute quantities of controlled substances, to wit: cocaine base, also known as "crack cocaine," and cocaine, both

Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved: (i) at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(A)(iii); and, (ii) at least 5 kilograms of a mixture or a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1)-- Distribution of Cocaine
           Base; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about November 8, 2004, at Lawrence, in the District of Massachusetts,

**PEDRO SANTOS, a/k/a "MARIO," and,
HARRINGTON COLON, a/k/a "JAVI,"**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:** (21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about December 30, 2004, at Lawrence, in the District of Massachusetts,

**PEDRO SANTOS, a/k/a "MARIO," and,
HARRINGTON COLON, a/k/a "JAVI,"**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine;
                    18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about January 31, 2005, at Lawrence, in the District of Massachusetts,

        **PEDRO SANTOS, a/k/a "MARIO," and,**
          **HARRINGTON COLON, a/k/a "JAVI,"**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 4 of this Indictment,

> **PEDRO SANTOS, a/k/a "MARIO," and,**
> **HARRINGTON COLON, a/k/a "JAVI,"**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR,
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS                    February 24, 2005


    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 3:02 P.M

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Lawrence     **Category No.** II     **Investigating Agency** FBI

**City** Lawrence

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   05-01025-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   HARRINGTON COLON     Juvenile: ☐ Yes  X No

Alias Name   JAVI

Address   30 ALDER STREET, LAWRENCE

Birthdate: 1978   SS # 000 00 2417   Sex: MALE   Race: Hispanic   Nationalit US

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   JOHN WORTMANN, JR.     Bar Number if applicable   534860

**Interpreter:** ☐ Yes   X No     List language and/or dialect: _____

**Matter to be SEALED:**   Yes   X No

   X Warrant Requested     ☐ Regular Process     X In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of   2/14/05   in   Plymouth
   Already in State Custody at _____ ☐ Serving Sentence   Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   Complaint     ☐ Information     Indictment

**Total # of Counts:**   ☐ Petty — ☐ Misdemeanor — X Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   2/24/05     Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     HARRINGTON COLON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21USC §846 | Conspriacy to distribute crack cocaine and cocaine | 1 |
| Set 2 | 21USC §841 | distribution of cocaine base | 2-3 |
| Set 3 | 21USC §841 | distribution of cocaine | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence      **Category No.** II      **Investigating Agency** FBI

**City** Lawrence

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-01025-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   PEDRO SANTOS      Juvenile:   ☐ Yes   X No

Alias Name   MARIO

Address   5 MAPLE STREET APT. 9, HAVERHILL, MA

Birthdate: 1975   SS # 000 00 3602   Sex: MALE   Race: Hispanic   Nationalit US

**Defense Counsel if known:** _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   JOHN WORTMANN, JR.      Bar Number if applicable   534860

**Interpreter:**   ☐ Yes   X No      List language and/or dialect: _____

**Matter to be SEALED:**   X Yes   ☐ No

   X Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of   2/14/04   in   Plymouth
   Already in State Custody at _____   ☐ Serving Sentence   Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   Complaint      ☐ Information      Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   2/24/05      Signature of AUSA: _____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    PEDRO SANTOS

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21USC §846 | Conspriacy to distribute crack cocaine and cocaine | 1 |
| Set 2 | 21USC §841 | distribution of cocaine base | 2-3 |
| Set 3 | 21 USC §841 | distribution of cocaine | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-santos.wpd - 2/7/02