UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10043-DPW |
| | ) | |
| | ) | |
| **PEDRO SANTOS  ET AL** | ) | |

**JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 13, 2005.

1. <u>Local Rule 116.3 Timing Requirements</u>

The defendants are each requesting an additional 30 days to file their discovery letter.  The government does not oppose this request provided that the intervening time is excluded.  The parties are not presently requesting an additional relief from the timing requirements of Local Rule 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue.  The defendants are reserving the right to seek such discovery (and to call their own experts) pending disclosure of trial witnesses by the government.

3. <u>Additional Discovery</u>

The government does not anticipate providing substantial

additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. <u>Motion Date</u>

The parties are jointly requesting that June 1, 2005 be set as the date for discovery motions to be filed and are requesting that the time between the Initial Status Conference and June 1, 2005 be excluded from all Speedy Trial Act calculations.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/05-3/8/05 | **8 DAYS COUNTED** |
| 3/4/05-4/1/05 | Order for exclusion entered 3/4/05 |
| 4/1/04-<br>Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 8 days will have been counted and 62 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Final Status Conference be scheduled for June 1, 2005 or as soon thereafter as is convenient for the court.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY


By:   /s John A. Wortmann, Jr.
     JOHN A. WORTMANN, JR.
     Assistant U.S. Attorneys
     One Courthouse Way
     Boston, MA
     (617) 748-3207

      /s Elliott Wienstein (by JAW)
     ELLIOT WEINSTEIN
     228 Lewis Wharf
     Boton, MA 02110
     (617) 367-9334
     Attorneys for Harrington Colon

      /s Mark Smith (by JAW)
     MARK D. SMITH
     Laredo & Smith, LLP
     15 Broad St.
     Suite 600
     Boston, MA 02109
     617-367-7984
     Attorneys for Pedro Santos

Case 1:05-cr-10043-DPW    Document 16    Filed 04/13/2005    Page 4 of 4