UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
v.                                )     Criminal No.  05-10043-DPW
                                  )
                                  )
PEDRO SANTOS  ET AL               )

## MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the time between April 8, 2005 and April 28, 2005 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on April 18, 2005,  counsel requested (and were granted) additional time (through April 28, 2005) to resolve representation issues regarding one of the defendants.   Based on that request the government therefore moves that the time between April 8, 2005, 2005 and April 28, 2005 be excluded from all Speedy Trial Act calculations in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s John A. Wortmann,Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617)748-3207

1

+

2