UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10043-DPW

UNITED STATES OF AMERICA

v.

PEDRO SANTOS
HARRINGTON COLON

## FURTHER ORDER ON EXCLUDABLE TIME

April 13, 2005

DEIN, M.J.

An Initial Status Conference was held before this Court on April 13, 2005. However, due to scheduling conflicts as well as the potential appearance of new counsel for one of the defendants, the matter was continued at the request of all parties. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 8, 2005 through April 28, 2005

that being the time between the expiration of the initial order on excludable time and the next status conference.

**The Initial Status Conference has been rescheduled for April 28, 2005 at 3:00 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference**. In

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge