UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10043-DPW

UNITED STATES OF AMERICA

v.

PEDRO SANTOS
HARRINGTON COLON

**FURTHER ORDER ON EXCLUDABLE TIME**

April 28, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 28, 2005 through June 1, 2005,

that being the time between the Initial Status Conference and the next status conference.

Based upon the prior orders of the court dated March 4, 2005, March 11, 2005, April 13, 2005 and this order, at the time of the Interim Status Conference on June 1, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                        / s / Judith Gail Dein
                                        JUDITH GAIL DEIN

United States Magistrate Judge