```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
        v.                )    Cr. No. 05-10043-DPW
                          )
1. PEDRO SANTOS, and      )
2. HARRINGTON COLON,      )
        Defendants.       )
```

## NOTICE OF APPEARANCE

To the Clerk:

   Please enter my appearance as counsel for the United States of America in the above-captioned matter in substitution for John Wortmann. Please direct all future correspondence to me.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN

                              United States Attorney


                              /s/ PETER K. LEVITT
                         By:  PETER K. LEVITT
                              Assistant U.S. Attorney
                              (617) 748-3355

Dated: May 9, 2005