```
         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10043-DPW |
| | ) | |
| **PEDRO SANTOS, ET AL** | ) | |

### JOINT STATUS REPORT

Pursuant to this Court's Order and Initial Status Report, dated April 28, 2005, the parties are hereby jointly filing the following status report prepared in connection with the interim status conference scheduled for June 1, 2005.

1. Local Rule 116.3 Timing Requirements

The defendants have filed discovery letter and the government has responded.  The parties are not presently requesting any additional relief from the timing requirements of Local Rule 116.3.

2. Expert Discovery

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue.  The defendants are reserving the right to seek such discovery (and to call their own experts) pending disclosure of trial witnesses by the government.

3. Additional Discovery

The government does not anticipate providing substantial additional discovery other than additional certifications as they