UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-10043-DPW |
| ) | |
| **PEDRO SANTOS, ET AL** ) | |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States of America hereby moves with the assent of defense counsel that the Status Conference scheduled for July 12, 2005 be continued for approximately 30 days (until August 23, 2005) and that the time between July 12, 2005 and August 23, 2005 be excluded from all Speedy Trial Act calculations. As grounds therefore, the government states that defense counsel have indicated that their clients are still in the process of reviewing the government audio recordings sent to the prisons where they are incarcerated and require more time to review discovery. The government therefore moves that the time between July 12, 2005, and August 23, 2005 be excluded from all Speedy Trial Act calculations in the interest of justice.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

    By:/s PETER K. LEVITT
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210