UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
     v.                         )   Criminal No.  05-10043-DPW
                                )
1.   PEDRO SANTOS and            )
2.   HARRINGTON COLON            )
        Defendants.              )


     STATUS REPORT, AND MOTION TO CONTINUE STATUS CONFERENCE
     AND TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

     The United States of America hereby provides this status report on behalf of the parties.  The defendants are continuing to review discovery in this matter, which includes taperecordings that have been sent to the respective prisons where the defendants are incarcerated.  The parties request an additional thirty days to complete review of discovery.  The government hereby moves with the assent of defense counsel that the Status Conference scheduled for August 23, 2005 be continued for approximately 30 days (until September 21, 2005, at 2:30 p.m.) and that the time between August 23, 2005 and September 21, 2005 be excluded from all Speedy Trial Act calculations.  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.

T    The government therefore moves that the time between August 23, 2005, and September 21, 2005 be excluded from all Speedy Trial Act calculations in the interest of justice.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                              By: /s PETER K. LEVITT
                                    PETER K. LEVITT
                                    Assistant U.S. Attorney
                                    One Courthouse Way
                                    Boston, MA 02210

August 24, 2005