UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10043-DPW

UNITED STATES OF AMERICA

v.

PEDRO SANTOS
HARRINGTON COLON

**FURTHER ORDER ON EXCLUDABLE TIME**

September 21, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

September 21, 2005 through October 25, 2005

the time between the scheduled Interim Status Conference and the Final Status

Conference.

Based upon the prior orders of the court dated March 4, 2005, March 11, 2005,

April13, 2005, April 28, 2005, June 1, 2005, July 14, 2005, August 23, 2005 and this

order, at the time of the Final Status Conference on October 25, 2005, there will be

zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days

will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge