```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-10043-DPW |
| | ) | |
| HARRINGTON COLON, | ) | |
| Defendant. | ) | |
| | ) | |

**<u>INFORMATION</u>**

**<u>COUNT ONE:</u>**   (Title 21, United States Code, Section 851 --
            Notice of Prior Conviction)

The United States Attorney Charges that:

   1. On or about August 1, 2004, HARRINGTON COLON was convicted in the Lawrence District Court in Massachusetts of possession of a controlled substance with intent to distribute and a school zone violation (Dkt. #s 0318CR7622B and 0318CR7622C), in violation of M.G.L. c. 94C § 32.

   2. HARRINGTON COLON, has been named as a defendant in an Indictment, numbered 05-10043-DPW, charging him with conspiracy to distribute crack cocaine and cocaine, and distribution of crack cocaine and cocaine.

   3. By way of this information, the government notifies HARRINGTON COLON, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN

                                       United States Attorney

                                       /s/ PETER K. LEVITT
                                       PETER K. LEVITT
                                       Assistant U.S. Attorney

October 24, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing document by facsimile on Elliott Weinstein, counsel Harrington Colon.

    /s/ PETER K. LEVITT
    PETER K. LEVITT
    Assistant U.S. Attorney