UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10043-DPW

UNITED STATES OF AMERICA

v.

PEDRO SANTOS
HARRINGTON COLON

**FURTHER ORDER ON EXCLUDABLE TIME**

October 25, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

October 25, 2005 and November 21, 2005

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated March 4, 2005, March 11, 2005, April13, 2005, April 28, 2005, June 1, 2005, July 14, 2005, August 23, 2005, September 21, 2005 and this order, at the time of the Final Status Conference on November 21, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　／s／ Judith Gail Dein
　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN

                                        United States Magistrate Judge