UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10043-DPW |
| | ) | |
| **PEDRO SANTOS, ET AL** | ) | |

## JOINT STATUS REPORT

The United States of America and the defendants, Pedro Santos and Harrington Colon, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

**1. Outstanding Discovery Issues**

There are no outstanding discovery motions or issues.

**2. Additional Discovery**

No party anticipates producing any additional discovery.

**3. Insanity/ Public Authority Defenses**

The defendants do not intend to raise a defense of insanity or public authority.

**4. Notice of Alibi**

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request.

**5. Motions**

The defendants do not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but reserve their rights to file other pretrial motions that could require a ruling by the District Court.

**6. Scheduling**

The parties request that the case be reported to the District Court.

**7. Early Case Resolution**

It is too early to tell whether these cases can be resolved short of trial.

**8. Speedy Trial Act Calculations**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree as follows:

Based upon the Court's Orders, dated March 4, 2005; March 11, 2005; April 13, 2005; April 28, 2005; June 1, 2005; July 14, 2005; August 24, 2005; September 21, 2005; and October 25, 2005; zero (0) days have been excluded under the Speedy Trial Act.  As of November 21, 2005, zero (0) days will have been counted and 70 days will remain under the Speedy Trial Act.

9.  **Length of Trial**

In the event that a trial is required, the parties estimate that it will last 4-5 days.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By:  /s/ PETER K. LEVITT
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA
     (617) 748-3355


     /s Elliot Weinstein (by PKL)
     ELLIOT WEINSTEIN
     228 Lewis Wharf
     Boton, MA 02110
     (617) 367-9334
     Attorney for Harrington Colon


     /s Mark Smith (by PKL)
     MARK D. SMITH
     Laredo & Smith, LLP
     15 Broad St.
     Suite 600
     Boston, MA 02109
     617-367-7984
     Attorney for Pedro Santos

November 22, 2005