UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10043-DPW

UNITED STATES OF AMERICA

v.

PEDRO SANTOS
HARRINGTON COLON

**FINAL STATUS REPORT**

November 21, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, November 21, 2005, pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It is too early to determine whether a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendants do not intend to file any motions to suppress, sever or dismiss prior to trial, but reserve their rights to file other pretrial motions that could require a ruling by the District Court.

5. Based upon the prior orders of the court dated March 4, 2005, March 11, 2005, April13, 2005, April 28, 2005, June 1, 2005, July 14, 2005, August 23, 2005, September 21, 2005 and October 25, 2005, at the time of the Final Status Conference on November 21, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

6. It is estimated that if the case goes to trial, the trial will last approximately 4-5 days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge