UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
|   ) | |
|     v.   ) | Criminal No. 05-10043-DPW |
|   ) | |
| **PEDRO SANTOS, ET AL**   ) | |

### JOINT STATUS REPORT

The United States of America and the defendants, Pedro Santos and Harrington Colon, by their respective undersigned counsel, submit this joint status report in anticipation of the pretrial conference scheduled for December 12, 2005.

1. **Outstanding Discovery Issues**

There are no outstanding discovery motions or issues.

2. **Additional Discovery**

No party anticipates producing any additional discovery.

3. **Insanity/ Public Authority Defenses**

The defendants do not intend to raise a defense of insanity or public authority.

4. **Notice of Alibi**

The government requested a Notice of Alibi in its Automatic Discovery Letter. No response has been received to that request.

5. **Motions**

The defendants do not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but reserve their rights to file other, non-dispositive pretrial motions that could require a ruling by the District Court.

**6. Scheduling**

Defendant Santos requests that the Court schedule a change of plea hearing in approximately 30 days. With respect to defendant Colon, it is too early to tell whether this case can be resolved short of trial. Defendant Colon requests that the Court schedule a further status conference in approximately 30 days.

**7. Speedy Trial Act Calculations**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree as follows:

Based upon the Magistrate Court's Orders dated: March 4, 2005; March 11, 2005; April 13, 2005; April 28, 2005; June 1, 2005; July 14, 2005; August 24, 2005; September 21, 2005; and October 25, 2005; as of November 21, 2005, zero (0) days had been counted under the Speedy Trial Act.

As of the date of the pretrial conference, December 12, 2005, twenty (20) days will have been counted under the Speedy Trial Act (from November 22, 2005 through December 11, 2005) and fifty (50) days will remain under the Speedy Trial Act.

The parties further agree that it is in the interests of justice that the time period from the date of the pretrial conference, December 12, 2005, to and including the date of the to-be-scheduled change of plea hearing for Pedro Santos, is excludable from all calculations under the Speedy Trial Act.

**8.   Length of Trial**

In the event that a trial is required, the parties estimate that it will last 4-5 days.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

By:   s/ PETER K. LEVITT
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA
      (617) 748-3355


      /s Elliot Weinstein (by PKL)
      ELLIOT WEINSTEIN
      228 Lewis Wharf
      Boton, MA 02110
      (617) 367-9334
      Attorney for Harrington Colon


      /s Mark Smith (by PKL)
      MARK D. SMITH
      Laredo & Smith, LLP
      15 Broad St.
      Suite 600
      Boston, MA 02109
      617-367-7984
      Attorney for Pedro Santos


December 12, 2005