```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )    Criminal No. 05-10043-DPW
                            )
HARRINGTON COLON            )
PEDRO SANTOS                )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                                  By: */s/: Sharron Kearney*

                                  SHARRON KEARNEY
                                  Assistant U.S. Attorney
                                  United States Attorney's Office
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3687

Dated: May 3, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 3, 2006.

                                       /s/: *Sharron Kearney*
                                       SHARRON KEARNEY
                                       Assistant U.S. Attorney

Dated: May 3,2006