UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                        CR. NO. 05-10043-DPW

HARRINGTON COLON

NOTICE OF APPEAL

    Defendant Harrington Colon, by his attorney, hereby claims appeal of his conviction and sentence in the above indictment.

                                              HARRINGTON COLON
                                              By his attorney,


                                              /s/ Elliot M. Weinstein
                                              Elliot M. Weinstein
                                              BBO #520400
                                              83 Atlantic Avenue
                                              Boston, MA 02110
                                              617-367-9334

September 13, 2006