

U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

October 17, 2006

The Honorable Douglas P. Woodlock
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:**  **COLON, Harrington**
Reg. No. 25516-038
Docket No. 1:05CR10043-002-DPW

Dear Judge Woodlock:

    This is in response to the Court's recommendation that Harrington Colon serve his term of confinement at the Federal Correctional Institution in Otisville, New York, or another facility which can provide drug and mental health treatment. The Court also recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Colon was sentenced in your court to a 240-month term for Conspiracy to Distribute Controlled Substances, Distribution of Cocaine Base, and Aiding and Abetting.

    Unfortunately, we were unable to follow all of the Court's recommendations. Mr. Colon has been classified as a high security level offender and has been designated to the Big Sandy high security level facility in Inez, Kentucky. Although the RDAP is not available at high security level facilities, staff will work closely with Mr. Colon and encourage him to participate in a variety of substance abuse education and counseling programs offered at the facility. Should Mr. Colon become eligible for transfer, he will be considered for a facility which offers the RDAP, if determined eligible under the established program criteria.

    Although we were unable to follow all of the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

fbk
cc: Warden, USP Big Sandy