## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10043

United States of America

v.

Harrington Colon

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 4-36, 38-45, 48, 49, 52, 55-58, 62-64

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/13/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 22, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, MAG

## United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10043-DPW-ALL

Case title: USA v. Santos et al  
Magistrate judge case number: 1:05-mj-01025-JGD

Date Filed: 02/24/2005

Assigned to: Judge Douglas P. Woodlock

### Defendant

**Pedro Santos** (1)  
*TERMINATED: 09/14/2006*  
*also known as*  
Mario (1)  
*TERMINATED: 09/14/2006*

represented by **Mark D Smith**  
Laredo & Smith, LLP  
15 Broad St.  
Suite 600  
Boston, MA 02109  
617-367-7984  
Fax: 617-367-6475  
Email: smith@laredosmith.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

### Pending Counts

21:846 Conspiracy to Distribute Controlled Substance  
(1)

21:841(a)(1) Distribution of Cocaine Base; 18:2 Aiding and Abetting  
(2-4)

### Disposition

Defendant sentenced to 135 months to be served concurrent with the term of imprisonment imposed in 04cr00308-CBA in the Eastern District of NY and shall receive credit for time served to date in connection with this case and that; 10 years supervised release with standard and special conditions; $400 special assessment

Defendant sentenced to 135 months to be served concurrent with the term of imprisonment imposed in 04cr00308-CBA in the Eastern District of NY and shall receive credit for time served to date in connection with this case and that; 10 years supervised release with standard and special conditions; $400 special assessment

### Highest Offense Level (Opening)

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 21:846=CD.F Conspiracy to distribute crack cocaine and cocaine | Defendant sentenced to 135 months to be served concurrent with the term of imprisonment imposed in 04cr00308-CBA in the Eastern District of NY and shall receive credit for time served to date in connection with this case and that; 10 years supervised release with standard and special conditions; $400 special assessment |

Assigned to: Judge Douglas P. Woodlock

**Defendant**

**Harrington Colon** (2)
*TERMINATED: 09/11/2006*
*also known as*
Javi (2)
*TERMINATED: 09/11/2006*

represented by **Elliot M. Weinstein**
83 Atlantic Avenue
Boston, MA 02110
617-367-9334
Fax: 617-523-7554
Email: elliot@eweinsteinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:846 Conspiracy to Distribute Controlled Substance (1) | Defendant sentenced to 240 months imprisonment, 120 months supervised release with standard and special conditions; $400 special assessment. |
| 21:841(a)(1) Distribution of Cocaine Base; 18:2 Aiding and Abetting (2-4) | Defendant sentenced to 240 months imprisonment, 120 months supervised release with standard and special conditions; $400 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=CD.F Conspiracy to distribute crack cocaine and cocaine | Defendant sentenced to 240 months imprisonment, 120 months supervised release with standard and special conditions; $400 special assessment. |

**Plaintiff**

| USA | represented by | **John A. Wortmann, Jr.**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Boston, MA 02110<br>617-748-3207<br>Fax: 617-748-3963<br>Email: john.wortmann@usdoj.gov<br>*TERMINATED: 05/09/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter K. Levitt**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Fax: 617-748-3965<br>Email: Peter.Levitt@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sharron A. Kearney**<br>United States Attorney's Office<br>John J. Moakley United States Courthouse<br>Suite 9200<br>Boston, MA 02210 |
|---|---|---|

US
617-748-3687
Fax: 617-748-3965
Email: sharron.kearney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2005 | 1 | COMPLAINT as to Pedro Santos (1). Harrington Colon (2). (Filo, Jennifer) [1:05-mj-01025-JGD] (Entered: 02/15/2005) |
| 02/15/2005 |   | Attorney update in case as to Pedro Santos. Attorney Mark D Smith for Pedro Santos added. (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/15/2005 |   | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Pedro Santos, Harrington Colon held on 2/15/2005; AUSA Wortmann and Attorneys Smith and Weinstein for the dfts.; USMJ Dein informs the dfts. of their rights and charges; Dfts submit CJA 23 forms and request counsel; Attorneys Smith and Weinstein are appointed; Govt. moves for detention and continuance; USMJ Dein orders the dfts to temporary detention pending hearing on 2/18/05 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/15/2005 | 4 | Judge Judith G. Dein : ORDER entered. (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/15/2005 |   | Attorney update in case as to Harrington Colon. Attorney Elliot M. Weinstein for Harrington Colon added. (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/15/2005 | 5 | Judge Judith G. Dein : ORDER entered. (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/18/2005 |   | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Pedro Santos, Harrington Colon held on 2/18/2005; AUSA Wortman and Attorneys Smith and Weinstein for the dfts.; Govt. calls witness # 1 (Wood) direct exam; exhibits 1-4 admitted; cross exam by Attorney Weinstein and Attorney Smith; Closing statements; USMJ Dein finds probable cause and both dfts consent to order of detention without prejudice. (Court Reporter D.R..) (Quinn, Thomas) [1:05-mj-01025-JGD] (Entered: 02/22/2005) |
| 02/18/2005 | 6 | Judge Judith G. Dein : ORDER entered. MEMORANDUM AND ORDER OF DETENTION as to Pedro Santos. (Dambrosio, Jolyne) [1:05-mj-01025-JGD] (Entered: 02/23/2005) |
| 02/18/2005 | 7 | Judge Judith G. Dein : ORDER entered. MEMORANDUM AND ORDER OF DETENTION as to Harrington Colon. (Dambrosio, Jolyne) |

| | | |
|---|---|---|
| | | [1:05-mj-01025-JGD] (Entered: 02/23/2005) |
| 02/24/2005 | 8 | INDICTMENT as to Pedro Santos (1) count(s) 1, 2-4, Harrington Colon (2) count(s) 1, 2-4. (Gawlik, Cathy) (Entered: 02/25/2005) |
| 02/25/2005 | 9 | Judge Douglas P. Woodlock : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Pedro Santos, Harrington Colon (Gawlik, Cathy) (Entered: 02/25/2005) |
| 03/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Harrington Colon (2) Count 1,2-4 held on 3/4/2005, Plea entered by Harrington Colon Not Guilty on counts all.; AUSA Wortmann and Attorney Weinstein for the dft.; Dft. pleads not guilty and will proceed with automatic discovery; 1st conference is set for 4/13/05 @ 3:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/04/2005) |
| 03/04/2005 | 10 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Harrington Colon. Status Conference set for 4/13/2005 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/08/2005) |
| 03/04/2005 | 11 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Harrington Colon. Time excluded from 3/4/05 until 4/1/05. (Dambrosio, Jolyne) (Entered: 03/08/2005) |
| 03/04/2005 | 14 | NOTICE re automatic disclosure as to Harrington Colon (Nici, Richard) (Entered: 03/17/2005) |
| 03/11/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Pedro Santos (1) Count 1,2-4 held on 3/11/2005, Plea entered by Pedro Santos Not Guilty on counts all.; AUSA Wortmann and Attorney Smith for the dft.; Dft. will proceed with automatic discovery; 1st status conference is set for 4/13/05 @ 3:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/11/2005) |
| 03/11/2005 | 12 | Judge Judith G. Dein : ORDER entered. INITIAL SCHEDULING ORDER as to Pedro Santos. Status Conference set for 4/13/2005 03:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
| 03/11/2005 | 13 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos. Time excluded from 3/11/05 until 4/8/05. (Dambrosio, Jolyne) (Entered: 03/11/2005) |
| 03/14/2005 | 15 | NOTICE re automatic disclosure as to Pedro Santos (Nici, Richard) (Entered: 03/17/2005) |
| 04/13/2005 | 16 | STATUS REPORT *signed by all parties* by USA as to Pedro Santos, Harrington Colon (Wortmann, John) (Entered: 04/13/2005) |
| 04/13/2005 | 17 | Assented to MOTION for Speedy Trial *April 8-28, 2005* as to Pedro Santos, Harrington Colonby USA. (Wortmann, John) (Entered: |

| | | |
|---|---|---|
| | | 04/13/2005) |
| 04/13/2005 | 18 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 4/8/05 until 4/28/05. (Quinn, Thomas) (Entered: 04/14/2005) |
| 04/14/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 17 Motion to exclude time from Speedy Trial Act computations as to Pedro Santos (1), Harrington Colon (2) (Dein, Judith) (Entered: 04/14/2005) |
| 04/28/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Pedro Santos, Harrington Colon held on 4/28/2005; AUSA Wortmann and Attorney Smith(also standing in for Attorney Weinstein) report case status and seeks further conference for 6/1/05 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/29/2005) |
| 04/28/2005 | 19 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Pedro Santos, Harrington Colon Status Conference set for 6/1/2005 02:15 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 04/29/2005) |
| 04/28/2005 | 20 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 4/28/05 until 6/1/05. (Quinn, Thomas) (Entered: 04/29/2005) |
| 05/09/2005 | 21 | NOTICE OF ATTORNEY APPEARANCE Peter K. Levitt appearing for USA. (Levitt, Peter) (Entered: 05/09/2005) |
| 06/01/2005 | 22 | MOTION for Authorization of Services or Funds as to Pedro Santos. (Smith, Mark) (Entered: 06/01/2005) |
| 06/01/2005 | 23 | STATUS REPORT by USA as to Pedro Santos, Harrington Colon (Levitt, Peter) (Entered: 06/01/2005) |
| 06/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Pedro Santos, Harrington Colon held on 6/1/2005; AUSA Asaif and Attorneys Smith and Weinstein report case status and seek further conference for 7/13/05 @ 2:30pm. (Court Reporter D.r..) (Quinn, Thomas) (Entered: 06/01/2005) |
| 06/01/2005 | 24 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Pedro Santos, Harrington Colon Status Conference set for 7/13/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/01/2005) |
| 06/01/2005 | 25 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 6/1/05 until 7/13/05. (Quinn, Thomas) (Entered: 06/01/2005) |
| 06/08/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 22 Motion for Authorization of Services or Funds as to Pedro Santos (1) (Quinn, Thomas) (Entered: 06/09/2005) |
| | | |

| | | |
|---|---|---|
| 07/13/2005 | 26 | Assented to MOTION to Continue *Status Conference and to Exclude Time from Speedy Trial Act Computations* as to Pedro Santos, Harrington Colonby USA. (Levitt, Peter) (Entered: 07/13/2005) |
| 07/14/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 26 Motion to Continue as to Pedro Santos (1), Harrington Colon (2) (Quinn, Thomas) (Entered: 07/15/2005) |
| 07/14/2005 | 27 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 7/13/05 until 8/23/05. (Quinn, Thomas) (Entered: 07/15/2005) |
| 08/24/2005 | 28 | MOTION for Excludable Delay to *September 21, 2005* as to Pedro Santos, Harrington Colonby USA. (Levitt, Peter) (Entered: 08/24/2005) |
| 08/24/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 28 Motion to Exclude as to Pedro Santos (1), Harrington Colon (2)Status conference is continued to September 21, 2005 at 2:30 p.m. in courtroom #15 before Magistrate Judge Dein. (Dein, Judith) (Entered: 08/24/2005) |
| 08/24/2005 | 29 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Pedro Santos, Harrington Colon Status Conference set for 9/21/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 08/26/2005) |
| 08/24/2005 | 30 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 8/23/05 until 9/21/05. (Quinn, Thomas) (Entered: 08/26/2005) |
| 09/21/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Pedro Santos, Harrington Colon held on 9/21/2005; AUSA Levitt and Attorney Smith(also standing in for Attorney Weinstein) report discovery is ongoing and seek further conference for 10/25/05 @ 2;30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/21/2005) |
| 09/21/2005 | 31 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Pedro Santos, Harrington Colon Status Conference set for 10/25/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/23/2005) |
| 09/21/2005 | 32 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 9/21/05 until 10/25/05. (Quinn, Thomas) (Entered: 09/23/2005) |
| 10/24/2005 | 33 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Pedro Santos (Levitt, Peter) (Entered: 10/24/2005) |
| 10/24/2005 | 34 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Harrington Colon (Levitt, Peter) (Entered: 10/24/2005) |
| 10/25/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Pedro Santos, Harrington Colon held on 10/25/2005; AUSA Levitt and Attorney Smith report they are close to |

| | | |
|---|---|---|
| | | agreement on resolving case without trial an seek further conference on 11/21/05 @ 2:00pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 10/25/2005) |
| 10/25/2005 | 35 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Pedro Santos, Harrington Colon Status Conference set for 11/21/2005 02:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 10/28/2005) |
| 10/25/2005 | 36 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Pedro Santos, Harrington Colon Time excluded from 10/25/05 until 11/21/05. (Quinn, Thomas) (Entered: 10/28/2005) |
| 11/02/2005 | 37 | EX PARTE MOTION TO authorize funds as to Pedro Santos. (Nici, Richard) (Entered: 11/02/2005) |
| 11/03/2005 | | Judge Douglas P. Woodlock : ORDER entered granting [37] Motion for Authorization of Services or Funds as to Pedro Santos (1) (Nici, Richard) (Entered: 11/07/2005) |
| 11/08/2005 | 38 | MOTION to Seal EX Parte Motion as to Pedro Santos. (Nici, Richard) (Entered: 11/08/2005) |
| 11/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Pedro Santos, Harrington Colon held on 11/21/2005; AUSA Levitt and Attorney Smith report discovery is complete and case is ready to be sent to district court. USMJ Dein will issue report and return file to district court. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/22/2005) |
| 11/21/2005 | 40 | Judge Judith G. Dein : ORDER entered. Final STATUS REPORT as to Pedro Santos, Harrington Colon (Quinn, Thomas) (Entered: 12/01/2005) |
| 11/21/2005 | | Judge update in case as to Pedro Santos, Harrington Colon. Judge Judith G. Dein no longer assigned to case. (Quinn, Thomas) (Entered: 12/01/2005) |
| 11/22/2005 | 39 | STATUS REPORT by USA as to Pedro Santos, Harrington Colon (Levitt, Peter) (Entered: 11/22/2005) |
| 12/01/2005 | 41 | NOTICE OF HEARING as to Pedro Santos, Harrington Colon: Initial Pretrial Conference set for 12/12/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 12/01/2005) |
| 12/12/2005 | 42 | STATUS REPORT by USA as to Pedro Santos, Harrington Colon (Levitt, Peter) (Entered: 12/12/2005) |
| 12/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Pedro Santos, Harrington Colon held on 12/12/2005 Change of Plea Hearing set for 1/19/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Parties shall be prepared to go to trial on January 23, 2006 at 9:00 if change of plea not held on 1/19/06.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 01/18/2006 | 🔍 | NOTICE OF RESCHEDULING HEARING as to Harrington Colon: Change of Plea Hearing reset for 1/19/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. TIME CHANGE ONLY.(Rynne, Michelle) (Entered: 01/18/2006) |
| 01/18/2006 | 🔍 | NOTICE OF RESCHEDULING HEARING as to Pedro Santos. Change of Plea Hearing reset for 1/19/2006 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. TIME CHANGE ONLY. (Rynne, Michelle) (Entered: 01/18/2006) |
| 01/19/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Harrington Colon held on 1/19/2006. Defendant sworn; court conducts collogy. Hearing continued. Defense Counsel shall contact the court to schedule new Change of Plea hearing date. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/19/2006) |
| 01/19/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Pedro Santos held on 1/19/2006. Hearing continued to 1/20/06 at 10:00 am. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 01/20/2006) |
| 01/20/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Pedro Santos held on 1/20/2006, Defendant sworn. Court conducts colloquy. Plea entered by Pedro Santos (1) Guilty Count 1,2-4. Sentencing set for 4/25/06 at 2:30. (Court Reporter Debra Joyce.) (Rynne, Michelle) (Entered: 01/20/2006) |
| 01/20/2006 | 🔍 43 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Pedro Santos Sentencing set for 4/25/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/20/2006) |
| 02/28/2006 | 🔍 | NOTICE OF HEARING as to Harrington Colon Change of Plea Hearing set for 3/2/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/28/2006) |
| 03/02/2006 | 🔍 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of plea hearing as to Harrington Colon held on 3/2/2006. Defendant sworn. Court conducts colloquy. Defendant not prepared to go forward with plea (question of cocaine base). Jury Trial set for 7/10/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Time excluded through 7/10/06. (Court Reporter Niles Fawlkes.) (Rynne, Michelle) (Entered: 03/02/2006) |
| 03/09/2006 | 🔍 45 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Harrington Colon. Time excluded from 3/2/06 until 7/10/06. Jury Trial set for 7/10/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 6/22/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due 6/15/06. (Rynne, Michelle) (Entered: 03/09/2006) |
| 04/11/2006 | 🔍 46 | MOTION to Continue Sentencing to August 17, 2006 as to Pedro Santos. |

| | | |
|---|---|---|
| | | (Nici, Richard)FILED UNDER SEAL (Entered: 04/12/2006) |
| 04/11/2006 | 47 | MOTION to Seal as to Pedro Santos. (Nici, Richard)FILED UNDER SEAL (Entered: 04/12/2006) |
| 04/14/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting [38] Motion to Seal as to Pedro Santos (1); granting [46] Motion to Continue as to Pedro Santos (1); granting [47] Motion to Seal as to Pedro Santos (1). Sentencing reset for 8/17/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/14/2006) |
| 05/03/2006 | 48 | NOTICE OF ATTORNEY APPEARANCE Sharron A. Kearney appearing for USA. (Kearney, Sharron) (Entered: 05/03/2006) |
| 05/05/2006 | 49 | NOTICE of Withdrawal of Appearance as to Pedro Santos, Harrington Colon (Wortmann, John) (Entered: 05/05/2006) |
| 05/09/2006 | | Attorney update in case as to Pedro Santos, Harrington Colon. Attorney John A. Wortmann, Jr terminated. (Nici, Richard) (Entered: 05/09/2006) |
| 05/26/2006 | | ELECTRONIC NOTICE OF HEARING as to Harrington Colon: Change of Plea Hearing set for 6/1/2006 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/26/2006) |
| 05/26/2006 | 50 | MOTION to Seal as to Pedro Santos. FILED UNDER SEAL(Nici, Richard) (Entered: 05/30/2006) |
| 05/26/2006 | 51 | MOTION re [50] MOTION to Seal as to Pedro Santos. FILED UNDER SEAL(Nici, Richard) (Entered: 05/30/2006) |
| 06/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Harrington Colon held on 6/1/2006. Defendant sworn. Court conducts colloquy, Plea entered by Harrington Colon (2) Guilty Count 1,2-4. Sentencing set for 9/7/06 at 3:30 p.m. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/01/2006) |
| 06/01/2006 | 52 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Harrington Colon Sentencing set for 9/7/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) Additional attachment(s) added on 9/19/2006 (Rynne, Michelle). (Entered: 06/01/2006) |
| 06/01/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Pedro Santos: Sentencing reset for 8/24/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/01/2006) |
| 06/05/2006 | 53 | Judge Douglas P. Woodlock : ORDER that the Lawerence Court provide copies of documents as to Harrington Colon (Nici, Richard). (Entered: 06/07/2006) |
| 06/05/2006 | 54 | Judge Douglas P. Woodlock : ORDER that Haverill Court provide copies of documents as to Harrington Colon. (Nici, Richard) (Entered: 06/07/2006) |

| 06/12/2006 | 🔵 | ELECTRONIC NOTICE OF RESCHEDULING as to Pedro Santos. Sentencing reset for 9/14/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/12/2006) |
|---|---|---|
| 06/25/2006 | 🔵 | Judge Douglas P. Woodlock : ORDER entered granting [50] Motion to Seal as to Pedro Santos (1); denying [51] Motion as to Pedro Santos (1) (Nici, Richard) (Entered: 06/29/2006) |
| 07/17/2006 | 🔵 55 | MOTION for Authorization of Services or Funds as to Pedro Santos. (Smith, Mark) (Entered: 07/17/2006) |
| 07/24/2006 | 🔵 | Judge Douglas P. Woodlock : Electronic ORDER entered granting 55 Motion for Authorization of Services or Funds as to Pedro Santos (1) (Rynne, Michelle) (Entered: 07/24/2006) |
| 09/07/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 9/7/2006 for Harrington Colon (2), 1, 2-4, Defendant sentenced to 240 months imprisonment, 120 months supervised release with standard and special conditions; $400 special assessment. (Court Reporter Pam Owens/Courtroom Clerk Rich Nici) (Rynne, Michelle) (Entered: 09/18/2006) |
| 09/11/2006 | 🔵 58 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Harrington Colon (2), Count(s) 1, 2-4, Defendant sentenced to 240 months imprisonment, 120 months supervised release with standard and special conditions; $400 special assessment. (Rynne, Michelle) (Entered: 09/18/2006) |
| 09/13/2006 | 🔵 56 | NOTICE OF APPEAL by Harrington Colon Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/3/2006. (Weinstein, Elliot) (Entered: 09/13/2006) |
| 09/14/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 9/14/2006 for Pedro Santos (1), 1, 2-4, Defendant sentenced to 135 months to be served concurrent with the term of imprisonment imposed in 04cr00308-CBA in the Eastern District of NY and shall receive credit for time served to date in connection with this case and that; 10 years supervised release with standard and special conditions; $400 special assessment. (Court Reporter Marie Cloonan.) (Rynne, Michelle) (Entered: 09/15/2006) |
| 09/14/2006 | 🔵 57 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Pedro Santos (1) Count(s) 1, 2-4, Defendant sentenced to 135 months to be served concurrent with the term of imprisonment imposed in 04cr00308-CBA in the Eastern District of NY and shall receive credit for time served to date in connection with this case and that; 10 years supervised release with standard and special conditions; $400 special assessment. (Rynne, Michelle) (Entered: 09/18/2006) |
| 09/14/2006 | 🔵 59 | SEALED MOTION as to Pedro Santosby USA. (Sonnenberg, Elizabeth) |

| | | (Entered: 09/22/2006) |
|---|---|---|
| 09/14/2006 | 60 | REVISED SEALED MOTION in reference to [59] sealed motion as to Pedro Santosby USA. (Sonnenberg, Elizabeth) (Entered: 09/22/2006) |
| 09/14/2006 | 61 | SEALED MOTION as to Pedro Santos. (Sonnenberg, Elizabeth) Additional attachment(s) added on 9/22/2006 (Sonnenberg, Elizabeth). (Entered: 09/22/2006) |
| 10/26/2006 | 62 | Letter (non-motion) regarding court recommendations as to Harrington Colon (Nici, Richard). (Entered: 10/26/2006) |
| 01/08/2007 | 63 | Judgment Returned Executed as to Harrington Colon on 12/19/06. (Nici, Richard) (Entered: 01/10/2007) |
| 03/14/2007 | 64 | Letter (non-motion) regarding custody as to Pedro Santos (Nici, Richard). (Entered: 03/14/2007) |