```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
                               )
           V.                  ) Criminal No. 05-10043-DPW
                               )
    PEDRO SANTOS,
           Defendant
```

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ Jennifer H. Zacks
                         JENNIFER H. ZACKS
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3109
```

Dated: March 12, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 12, 2008.

                                             /s/Jennifer H. Zacks
                                             JENNIFER H. ZACKS
                                             Assistant U.S. Attorney

Dated: March 12, 2008